NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. DOUGLASS THOMAS, ALAN E. THOMAS,**
*Appellants*

**v.**

**JACK D. PIPPIN,**
*Appellee*

---

2015-1575, 2015-1577, 2015-1578, 2015-1579

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 105,956, 105,957, 105,958, 105,959.

---

**JUDGMENT**

---

C. DOUGLASS THOMAS, IPVenture, Los Altos, CA, argued for appellants.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by WILLIAM F. LEE, ERIC FLETCHER; BRITTANY BLUEITT AMADI, WILLIAM G. MCELWAIN, Washington, DC; WILLIAM N. HUGHET, ROBERT DANNY HUNTINGTON, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2016                    /s/ Daniel E. O'Toole
            Date                      Daniel E. O'Toole
                                      Clerk of Court